**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROCEEDS IN REM, QUASI IN REM; HSBC BANK USA, NATIONAL ASSOCIATION, CORPORATE T OPERATIONS; THOMAS MUSARRA; IGNAZIO TAMBURELLO, and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 2:21-cv-03861-MCS-JC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that the Complaint is dismissed. The action is dismissed without prejudice pursuant to the prior exclusive jurisdiction doctrine. Plaintiff shall take nothing from this case.

**IT IS SO ORDERED.**

Dated: December 28, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2